### (June 30, 1939.)

LAURENCE B. HALLERAN, Appellant, v. SAVERIA MANZIONE and Others, Defendants, and FLORENCE M. KIMBALL (Formerly Known as FLORENCE M. GRIFFIN), Individually and as Administratrix, etc., of GEORGE GRIFFIN, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 852.] The following questions are certified:

1. Is the first " separate defense " sufficient in law to constitute a defense to the action?

2. Is the second " separate defense " sufficient in law to constitute a defense to the action?

3. Is the third " separate defense " sufficient in law to constitute a defense to the action?

4. Is the fourth " separate defense " (paragraph tenth thereof having been eliminated by the order of the Appellate Division) sufficient in law to constitute a defense to the action?

5. Is the fifth " separate defense " sufficient in law to constitute a defense to the action?

6. Is the sixth " separate defense " sufficient in law to constitute a partial defense to the action?

Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to MAURICE CHACHKES, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. The official referee shall have power, in his discretion, to consolidate, in whole or in part, the hearings in this proceeding with the hearings in Matter of Shon and Matter of Crohn. [See *post*, p. 1004 and p. 1003.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to SAMUEL H. CROHN, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. The official referee shall have power, in his discretion, to consolidate, in whole or in part, the hearings in this proceeding with the hearings in Matter of Shon and Matter of Chachkes. [See *post*, p. 1004 and *ante*, p. 1003.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of LOUIS A. FEINSTEIN, an Attorney and Counselor at Law.— Motion for reinstatement as an attorney and counselor at law granted. [See 254 App. Div. 762.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.